IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| JOHN S. CHEW, JR.; THE JOHN S. CHEW, JR. REVOCABLE TRUST; KAREN TRUMPORE f/k/a KAREN ROBINSON, individually and as the parent and legal guardian of three minor children CLAIRE E. ROBINSON, KELLY P. ROBINSON, and OLIVIA A. ROBINSON; THE CLAIRE E. ROBINSON SUBCHAPTER S TRUST; THE KELLY P. ROBINSON SUBCHAPTER S TRUST; THE OLIVIA A. ROBINSON SUBCHAPTER S. TRUST; and NORTH HAMPTON INVESTMENTS, LLC, <br><br> *Plaintiffs,* <br><br> v. <br><br> KPMG, LLP, PEDER JOHNSON, TRACIE HENDERSON, DONNA BRUCE, SIDLEY AUSTIN BROWN & WOOD LLP, R.J. RUBLE, DEUTSCHE BANK AG, DEUTSCHE BANK SECURITIES, INC. d/b/a DEUTSCHE BANK ALEX BROWN, PRESIDIO ADVISORS LLC, JOHN M. LARSON, FUNSTON STREET LLC, FUNSTON STREET, LTD., VALLEJO STREET LLC, VALLEJO STREET, LTD., and ATHABASCA, L.P., <br><br> *Defendants.* | Civil Action No. 3:04cv748 BN |

**AGREED ORDER OF DISMISSAL WITHOUT
PREJUDICE AND FINAL JUDGMENT**

Before the Court is the joint motion of the Plaintiffs and the Defendants Presidio Advisory Services, LLC and John M. Larson (collectively, the "Moving Defendants") to dismiss the claims against each of the Moving Defendants without prejudice. The Court finds that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the claims of Plaintiffs against Presidio Advisory Services, LLC and John M. Larson are hereby dismissed without prejudice, with each party to bear its own costs including, but not limited to court costs and attorney's fees.

THIS, the 3rd day of August, 2007

_____
U.S. DISTRICT COURT JUDGE

Submitted and Approved By:

/s/ David R. Deary
David R. Deary
Loewinsohn Flegle Deary, LLP
12377 Merit Drive, Suite 900
Dallas, TX 75251

T. Roe Frazer II
Lee Bowie
500 East Capitol Street
Jackson, Mississippi 39201

**COUNSEL FOR PLAINTIFFS**


/s/ Steven M. Bauer
Steven M. Bauer
Latham & Watkins, LLP
505 Montgomery Street, Suite 1900
San Francisco, CA 94111-2562

Carlton W. Reeves
Pigott Reeves Johnson, PA
P.O. Box 22725
Jackson, Mississippi 39225-2725

**COUNSEL FOR PRESIDIO ADVISORY SERVICES, LLC AND JOHN M. LARSON**